JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
schnackr@jacksonlewis.com
picklese@jacksonlewis.com

Attorneys for Defendant
PHOENIX CHILDREN'S ACADEMY, INC.

THE LaCUES LAW GROUP
JERRY LACUES (SBN 77088)
TONY R. SKOGEN, JR. (SBN 236372)
3110 Chino Avenue, Suite 230
Chino Hills, CA  91709
Telephone:     (909) 627-3535
Facsimile:      (909) 590-3388
Tony@lacueslaw.com

Attorneys for Plaintiff
MICHELLE HUXTABLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| MICHELLE HUXTABLE, individually, | Case No.  2:12-CV-00960-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE;  ORDER** |
| v. | |
| PHOENIX CHILDREN'S ACADEMY, INC.; and DOES 1 through 10, inclusive, , | Complaint Filed:    March 5, 2012<br>Removed:              April 12, 2012<br>Trial Date:             January 27, 2014 |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff MICHELLE HUXTABLE and Defendant PHOENIX CHILDREN'S ACADEMY, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or

costs to any party.

Date: May 14, 2013                                THE LA CUES LAW GROUP

                                                  By: */s/ Tony R. Skogen, Jr. (authorized on 4/4/2013)*
                                                       Jerry La Cues
                                                       Tony R. Skogen, Jr.

                                                  Attorneys for Plaintiff
                                                  MICHELLE HUXTABLE


Date: May 14, 2013                                JACKSON LEWIS LLP

                                                  By:   */s/ Erika Barbara Pickles*
                                                        Robert J. Schnack
                                                        Erika B. Pickles

                                                  Attorneys for Defendant
                                                  PHOENIX CHILDREN'S ACADEMY, INC.


### **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated:   May 13, 2013                             /s/ John A. Mendez
                                                  Honorable John A. Mendez
                                                  UNITED STATES DISTRICT COURT JUDGE