JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:      (916) 341-0404
Facsimile:      (916) 341-0141
schnackr@jacksonlewis.com
picklese@jacksonlewis.com

Attorneys for Defendant
PHOENIX CHILDREN'S ACADEMY, INC.

THE LaCUES LAW GROUP
JERRY LACUES (SBN 77088)
TONY R. SKOGEN, JR. (SBN 236372)
3110 Chino Avenue, Suite 230
Chino Hills, CA  91709
Telephone:      (909) 627-3535
Facsimile:      (909) 590-3388
Tony@lacueslaw.com

Attorneys for Plaintiff
MICHELLE HUXTABLE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE HUXTABLE, individually,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX CHILDREN'S ACADEMY, INC.; and DOES 1 through 10, inclusive, ,<br><br>Defendants. | Case No.  2:12-CV-00960-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE;  ORDER**<br><br>Complaint Filed:      March 5, 2012<br>Removed:              April 12, 2012<br>Trial Date:            January 27, 2014 |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff MICHELLE HUXTABLE and Defendant PHOENIX CHILDREN'S ACADEMY, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or

1

costs to any party.

Date:  May 14, 2013                    THE LA CUES LAW GROUP


                                       By:  */s/ Tony R. Skogen, Jr. (authorized on 4/4/2013)*
                                            Jerry La Cues
                                            Tony R. Skogen, Jr.

                                       Attorneys for Plaintiff
                                       MICHELLE HUXTABLE



Date:  May 14, 2013                    JACKSON LEWIS LLP


                                       By:   */s/ Erika Barbara Pickles*
                                            Robert J. Schnack
                                            Erika B. Pickles

                                       Attorneys for Defendant
                                       PHOENIX CHILDREN'S ACADEMY, INC.



## ORDER

        Based on the foregoing stipulation,

        IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and

without an award of attorney's fees or costs to any party.

        **IT IS SO ORDERED.**


Dated:   May 13, 2013                  /s/ John A. Mendez
                                       Honorable John A. Mendez
                                       UNITED STATES DISTRICT COURT JUDGE